___



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                                                  **CHAPTER 13 CASE NO.:**

**KATTIE MARIE PRESTON**                                                **18-13990-JDW**

**AGREED ORDER RESCHEDULING § 341 MEETING OF CREDITORS,
EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION
AND RESETTING CONFIRMATION HEARING**

On consideration before the Court is the *Ore Tenus* Motion of the Debtor and Locke D. Barkley, the Chapter 13 Trustee in the above-styled case, to reschedule the § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset the confirmation hearing. The Court, having considered the same, finds, that the *Ore Tenus* Motion should be granted. Therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to December 17, 2018, at 11:30 a.m. at the Oxford Conference Center, 102 Ed Perry Blvd., Oxford, Mississippi 38655.

2. The Objection to Confirmation Deadline is extended until December 31, 2018.

3. The Confirmation Hearing is reset for January 8, 2019, at 1:30 p.m. at the U.S. Federal Building, 911 Jackson Avenue, Oxford, Mississippi 38655. If no objection is timely filed, the Plan may be confirmed without a hearing.

4. The Debtor shall serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b). Within two (2) days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

### ##END OF ORDER##

**Submitted By:**

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com

**Agreed By:**

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
Counsel for the Debtor