

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

KATTIE MARIE PRESTON                                 18-13990-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #17)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #17) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #18). Upon agreement of the parties,

IT IS ORDERED that:

1.      The Motion shall be and is hereby denied.

2.      Within seven (7) days of entry of this Agreed Order, the Debtor shall file an amended Chapter 13 plan to change the continuing mortgage start date.

3.      Failure to comply with the terms of this Agreed Order may result in the dismissal of this case without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392